No. 71–6233. ALLERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–6234. RYLES, AKA PETERSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–6240. THACKER *v.* BRASWELL, JUDGE, ET AL. Sup. Ct. N. C. Certiorari denied.

No. 71–6244. RICE *v.* NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 71–6245. SANDERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–6246. JOHNSON *v.* PATTERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 71–6248. BUCKLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6249. KRIKMANIS *v.* MANNERING ET AL. C. A. 1st Cir. Certiorari denied.

No. 71–6250. LAUCHLI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–6253. LISK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–6254. SWEENEY *v.* FRITZ, CORRECTIONAL SUPERINTENDENT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 71–6257. OWINGS *v.* SECRETARY OF THE AIR FORCE. C. A. D. C. Cir. Certiorari denied.